FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 JUN -6  PM 2: 48

CLERK_____
SO. DIST OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) **INDICTMENT NO.** |
| | ) |
| **v.** | ) **Counts 1–39:** |
| | ) **21 U.S.C. § 841(a)(1)** |
| | ) **Unlawful Dispensation** |
| **FRANK H. BYNES, JR.** | ) **of Controlled** |
| | ) **Substances** |
| | ) |
| | ) **Counts 40-48:** |
| | ) **18 U.S.C. § 1347** |
| | ) **Health Care Fraud** |
| | ) |
| | ) |
| | ) **Forfeiture Allegation** |
| | ) |
| | ) **(SEALED)** |
| | ) |

CR418-153

## ORDER

The Government's motion to seal the Indictment is GRANTED until further

Order of this Court.

SO ORDERED this _6ᵗʰ_ day of June, 2018.

HON. G.R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA