UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 JUN 26 PM 4:03

CLERK
SO. DIST. OF GA.

4:18CR153

| | | |
|---|---|---|
| In the Matter of the Search of: | ) | CASE NO: |
| | ) | |
| Georgia Laboratory Diagnostic LLC, | ) | |
| 624 US Highway 80 | ) | |
| Garden City, Chatham County, Georgia | ) | |
| 31408 | ) | |

## ORDER

The foregoing motion to unseal having been read and considered, it is hereby ORDERED that search warrants, seizure warrant, applications, orders, affidavits, attachments, and returns associated with Case No.: 4:17-MJ-77 be and are UNSEALED.

HOWEVER, it is FURTHER ORDERED that, for good cause shown, defendants and their counsel shall not disseminate the aforementioned documents or their contents beyond that necessary to the preparation of the defense of this case.

SO ORDERED, this 26th day of June, 2018.

HONORABLE G.R. SMITH
UNITED STATES MAGISTRATE JUDGE