IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANK H. BYNES, JR. ) <br> ) <br> Defendant. ) | Criminal Action No: 4:18cr153 |

## ORDER

This matter is before the Court on the Motion for Leave of Absence by George R. Asinc, counsel for Defendant, for the dates of August 2 through August 8, 2019. (Doc. 41.) After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 14th day of May, 2019.

_____
CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA