IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 4:18CR153 |
| FRANK H. BYNES, JR., | ) | |
| Defendant. | ) | |

MINUTE ORDER

The above cause having come before the Court on the 12th day of August 2019, and the following rulings having been made orally, said rulings are hereby made the judgment of the Court:

Defendant's Motion to Dismiss Indictment/Charges per Federal Rule of Criminal Procedure 7(c) (doc. 97) is TAKEN UNDER ADVISEMENT.

Defendant's Motion to Dismiss Indictment/Charges as Unconstitutionally Vague (doc. 98) is TAKEN UNDER ADVISEMENT.

Defendant's Motion to Dismiss Indictment Surplusage (doc. 99) is TAKEN UNDER ADVISEMENT.

All other pretrial motions are DISMISSED as MOOT.

**SO ORDERED** this 12th day of August, 2019.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA