# United States District Court
# Southern District of Georgia
# Savannah Division

UNITED STATES OF AMERICA, )
)
v. ) CR418-153
)
FRANK H. BYNES, JR. )
)
    Defendant. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, doc. 122, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court and defendant's First Motion to Dismiss the Indictment as Defective under Rule 7(c), doc. 97, defendant's Motion to Dismiss the Indictment as Unconstitutional, doc. 98, and defendant's Motion to Strike Surplusage, doc. 99, are **DENIED**.

**SO ORDERED** this 23 day of September, 2019.

_____
LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)