# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

## Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Indictment No. CR418-153 |
| ) | |
| FRANK H. BYNES, JR.,   ) | |
| Defendant  ) | |

### ORDER GRANTING DEFENDANT'S FOURTH MOTION FOR LEAVE OF COURT

The Court **GRANTS** the Defendant's Attorney's Motion for leave of Court for the dates of December 9th - December 10th 2019.

**SO ORDERED** this 28th day of October, 2019.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia