# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

### Savannah Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Indictment No. CR418-153** |
| | ) | |
| **FRANK H. BYNES, JR.,** | ) | |
| **Defendant** | ) | |

## ORDER

The Court **GRANTS** the Defendant's Attorney's Motion for Medical Leave of Court for the dates of December 16th, 2019 - January 2d, 2020.

**SO ORDERED** this ___6th___ day of ___November___, 2019.


_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia