## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Indictment No. 418cr0153 |
| v. ) | |
| FRANK F. BYNES JR., ) | |
| Defendant ) | |

## MOTION FOR LEAVE OF COURT GRANTED

George R. Asinc's leave of court on the following dates is **GRANTED** for the reasons cited:

January 20th - 22nd, 2020. Counsel is scheduled to in Washington, DC, at the DOJ in front of the Capital Case review Committee,

So ORDERED this 6th day of January, 2020.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia