# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

## Savannah Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Indictment No. CR418-153 |
| | ) | |
| **FRANK H. BYNES, JR.,** | ) | |
| Defendant | ) | |

### ORDER GRANTING DEFENDANT'S SIXTH LEAVE OF COURT MOTION

The Court **GRANTS** the Defendant's Attorney's Motion for leave of Court for the dates of January 31, 2020; February 21, 2020; and March 16-20, 2020.

**SO ORDERED** this 16th day of January, 2020.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia