United States District Court for the Southern
District of Georgia
File Number 4:18-CR-0153

| United States of America | |
|---|---|
| v. | Notice of Appeal |
| Frank H. Bynes, Jr., Defendant | |

    Notice is hereby given that Frank H. Bynes, Jr., Defendant, in the above named case,* hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence in the above cited Criminal Case entered in this action on the 14th day of February, 2020.

(s) *[signature]*    18 Feb 2020
George R. Asinc
Attorney for Frank H. Bynes Jr.
Georgia Bar No. 025197
Address: 445 Goshen Road
         Rincon, GA 31326-5612
         (912) 484-7437
         geo6152@comcast.net