# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CR 418-153 |
| ) | |
| **FRANK H. BYNES, JR.** ) | |

## MOTION TO SEAL SENTENCING EXHIBITS A & C

On February 7, 2020, the United States filed a sentencing memorandum that referenced prescription and personal information related to Dr. Frank Bynes' and some of his patients prescriptions, including as outlined on Exhibit A and Exhibit C. The Government redacted portions of these documents, but prays for an order sealing Exhibits A & C of the Government's Sentencing Memorandum to provide additional protection of this information unless otherwise ordered by the Court.

Respectfully submitted this 24th day of February, 2020.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ J. Thomas Clarkson*
Assistant United States Attorney
Georgia Bar No. 656069
Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
Email: thomas.clarkson@usdoj.gov

*/s/ Matthew A. Josephson*
Assistant United States Attorney
Georgia Bar. No. 367216
Email: Matthew.Josephson@usdoj.gov

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all parties in this case in accordance with the notice of electronic filing ("NEF"), which was generated as a result of electronic filing in this Court.

This 24th day of February, 2020.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ J. Thomas Clarkson*
Assistant United States Attorney