UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | ) CR 418-153 |
| | ) |
| **FRANK H. BYNES, JR.** | ) |

## ORDER

The Government's motion to seal Exhibits A & C of the Government's Sentencing Memorandum is GRANTED until further Order of this Court.

SO ORDERED this ___ day of February 2020.

_____
LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA