# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
Savannah Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | 4:18cr153 |
| | ) | |
| FRANK H. BYNES, JR., | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

## **ORDER**

The Judgment of this Court in the above-styled action having been affirmed by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Judgment of the U.S. Court of Appeals for the Eleventh Circuit is made the Judgment of this Court.

This 8th day of June, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA