AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

United States of America
v.
Frank H. Bynes, Jr.

Case No: 4:18CR00153-1

USM No: 22607-021

Date of Original Judgment: February 14, 2020
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

George R. Asinc
*Defendant's Former Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   240 months   is reduced to   192 months*   .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

*This sentence is comprised of terms of 192 months as to each of Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, and 14, and terms of 120 months as to each of Counts 15, 16, and 17, all to be served concurrently to produce a total term of 192 months.

Except as otherwise provided, all provisions of the judgment dated   February 14, 2020   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   February 7, 2024

Judge's signature

Effective Date: _____
*(if different from order date)*

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
*Printed name and title*